UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:14-00037 |
| v. | ) | |
| | ) | Magistrate Judge Bryant |
| [1] HECTOR PALMA ZAPIEN, | ) | |
| a/k/a Hector Paima Zapien, | ) | |
| | ) | |
| [2] MARTHA SANDOVAL-ROSALES, | ) | |
| | ) | |
| [3] MARIA SANDOVAL-ROSALES, | ) | |
| | ) | |
| [4] MARIA DE LOURDES CORREA-RUIZ | ) | |

## ORDER

Upon motion of the United States of America, it is hereby ordered that the Application

for Search Warrants and Search Warrants, Nos. 14-4008-JSB a through m, and Application for

Seizure Warrants and Seizure Warrants, Nos. 14-4014-JSB and 14-4015-JSB, all related to this

case, issued on February 6, 2014, and executed on February 11, 2014, are unsealed.

ENTERED the 17th day of March, 2014.

John Bryant
JOHN S. BRYANT
U.S. MAGISTRATE JUDGE